■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GILBERT MOLINA, Appellant. [637 NYS2d 6] —Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered February 18, 1994, convicting defendant, upon his plea of guilty, of murder in the second degree and sentencing him to a term of 15 years to life, unanimously affirmed.

Defendant's plea was knowingly and voluntarily entered. He admitted possessing the requisite intent to commit the crime and, to the extent that he had made statements negating his intent, upon further inquiry by the court, he acknowledged that these statements were lies (see, People v Rivera, 191 AD2d 209). Concur—Rosenberger, J. P., Wallach, Rubin, Nardelli and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY DONATA, Appellant. [637 NYS2d 40] —Judgment, Supreme Court, Bronx County (Martin Marcus, J.), rendered January 10, 1994, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him, as a second felony offender, to concurrent terms of 6 to 12 years, unanimously affirmed.

Defendant's claim that the evidence was legally insufficient is without merit, and the verdict was not against the weight of the evidence. Nothing in the complainant's testimony was such as to demonstrate that the jury's verdict was manifestly erroneous or so plainly unjustified as to require its reversal (People v Bartley, 220 AD2d 207). Such testimony was not rendered incredible simply because the proceeds of the robbery were not found on defendant (People v Cruz, 173 AD2d 320, 321). Nor does the fact that the complainant did not give a full description of the perpetrators to the police before pointing them out from the patrol car warrant rejection of the testimony. Concur—Rosenberger, J. P., Wallach, Rubin, Nardelli and Mazzarelli, JJ.